| | |
|---|---|
| 1 | BARBARA A. BLACKBURN, Bar No. 253731 |
| | BRITNEY N. TORRES, Bar No. 287019 |
| 2 | LITTLER MENDELSON, P.C. |
| | 500 Capitol Mall |
| 3 | Suite 2000 |
| | Sacramento, CA 95814 |
| 4 | Telephone: 916.830.7200 |
| | Fax No.: 916.561.0828 |
| 5 | |
| | RICHARD H. RAHM, Bar No. 130728 |
| 6 | KAI-CHING CHA, Bar No. 218738 |
| | MICHAEL J. HUI, Bar No. 273212 |
| 7 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street, 34th Floor |
| 8 | San Francisco, CA 94104 |
| | Telephone: 415.433.1940 |
| 9 | Facsimile: 415.399.8490 |

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

ROBIN G. WORKMAN, ESQ., Bar No. 145810
WORKMAN LAW FIRM, P.C.
177 Post Street, Suite 800
San Francisco, CA 94108
Phone: (415) 782-3660
Fax: (415) 788-1028

Attorneys for Plaintiffs
ANTHONY MARC MOSTAJO and ELAINE QUEDENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:17-CV-00350-JAM-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 2:17-CV-00350-JAM-AC

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATEUS REPORT

Plaintiffs ANTHONY MARC MOSTAJO and ELAINE QUEDENS ("Plaintiffs") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendant"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, the parties' Joint Status Report is due on April 17, 2017;

WHEREAS, the parties held their Rule 26(f) conference on April 14, 2017 and need additional time to finalize their Joint Status Report;

WHEREAS, the parties agreed to file the Joint Status Report by April 21, 2017;

WHEREAS, the parties' request for this extension of time is not made for the purpose of undue delay or any other improper purpose.

THEREFORE, in light of the parties' agreement, the parties stipulate and agree that they will file their Joint Status Report by April 21, 2017.

IT IS SO STIPULATED

Dated: April 17, 2017

*/s/ Kai-Ching Cha*
RICHARD H. RAHM
KAI-CHING CHA
MICHAEL J. HUI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

Dated: April 17, 2017

/s/ *Robin G. Workman*
ROBIN G. WORKMAN
WORKMAN LAW FIRM, P.C.
Attorneys for Plaintiff
DENE STARKS, on behalf of herself and all others similarly situated

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATEUS REPORT

I hereby attest that I have obtained concurrence in the filing of this document from the signatory shown above.

Dated: April 17, 2017   */s/ Kai-Ching Cha*
KAI-CHING CHA

## ORDER

Based upon the joint stipulation of all parties in the above-captioned case, and good cause appearing, it is hereby ordered that the deadline to file the Joint Status Report shall be extended to April 21, 2017.

IT IS SO ORDERED.

Dated: April 17, 2017   /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

Firmwide:147075622.1 092236.1002

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

3.

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATEUS REPORT