1 | ROBIN G. WORKMAN, Bar No. 145810
WORKMAN LAW FIRM, P.C.
2 | 177 Post Street, Suite 800
San Francisco, CA 94108
3 | Telephone: 415.782.3660
Facsimile: 415.788.1028

Attorney for Plaintiffs
ANTHONY MARC MOSTAJO and
ELAINE QUEDENS

JAMES J. OH, IL Bar No. 6196413 *(admitted pro hac vice)*
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

KAI-CHING CHA, Bar No. 218738
MICHAEL J. HUI, Bar No. 273212
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-CV-00350-JAM-AC<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs Anthony Marc Mostajo ("Mostajo") and Elaine Quedens ("Quedens"), on behalf of themselves and all others similarly situated, and Defendant Nationwide Mutual Insurance Company ("Nationwide") (collectively, the "Parties"), through their respective counsel of record and with reference to the following facts, stipulate and agree as follows:

WHEREAS, on or about January 9, 2017, Mostajo filed the original Complaint in this action alleging violations of the California Labor Code against Nationwide;

WHEREAS, on or about February 14, 2017, Mostajo and Quedens filed their First Amended Complaint alleging violations of the California Labor Code against Nationwide;

WHEREAS, since the filing of the First Amended Complaint, the Parties have engaged in significant discovery, exchanging documents and data regarding the parties' claims and defenses;

WHEREAS, the Parties have agreed that Mostajo and Quedens may file a Second Amended Complaint, attached hereto as Exhibit A, for the purpose of adding additional causes of action against Nationwide;

WHEREAS, the Parties agree that Nationwide shall have thirty (30) days from the date of filing of the Second Amended Complaint to respond to the Second Amended Complaint;

NOW, THEREFORE, the Parties hereby stipulate and agree that Mostajo and Quedens may file the [Proposed] Second Amended Complaint against Nationwide which is attached as Exhibit A to this Stipulation. The [Proposed] Second Amended Complaint will be deemed filed and served as of the date the Court signs the Order granting this Stipulation.

**IT IS SO STIPULATED.**

Date: February 12, 2018

/s/Robin G. Workman
ROBIN G. WORKMAN
WORKMAN LAW FIRM, P.C.
Attorneys for Plaintiffs
ANTHONY MARC MOSTAJO and ELAINE QUEDENS

Date: February 12, 2018

/s/Kai-Ching Cha
JAMES J. OH
KAI-CHING CHA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: 2/13/2018

/s/ John A. Mendez

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE