JAMES J. OH, IL Bar No. 6196413 *(admitted pro hac vice)*
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone: 312.372.5520
Email: joh@littler.com

RICHARD H. RAHM, Bar No. 130728
KAI-CHING CHA, Bar No. 218738
MICHAEL J. HUI, Bar No. 273212
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: rrahm@littler.com
  kcha@littler.com
  mhui@littler.com

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

ROBIN G. WORKMAN, ESQ., Bar No. 145810
WORKMAN LAW FIRM, P.C.
177 Post Street, Suite 800
San Francisco, CA 94108
Phone: (415) 782-3660
Fax: (415) 788-1028
Email: robin@workmanlawpc.com

Attorneys for Plaintiffs
ANTHONY MARC MOSTAJO and ELAINE QUEDENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:17-CV-00350-JAM-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THIRD UPDATED JOINT STATUS REPORT** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 2:17-CV-00350-JAM-AC

STIPULATION AND ORDER FOR EXT. OF TIME TO FILE THIRD UPDATED JOINT STATUS REPORT

Plaintiffs ANTHONY MARC MOSTAJO and ELAINE QUEDENS ("Plaintiffs") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendant"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, the parties' Joint Status Report is due on March 23, 2018;

WHEREAS, the parties need additional time to finalize their Third Updated Joint Status Report;

WHEREAS, the parties agreed to file the Joint Status Report by April 6, 2018; and

WHEREAS, the parties' request for this extension of time is not made for the purpose of undue delay or any other improper purpose.

THEREFORE, in light of the parties' agreement, the parties stipulate and agree that they will file their Joint Status Report by April 6, 2018.

IT IS SO STIPULATED

Dated: March 23, 2018

*/s/ Michael J. Hui*
MICHAEL J. HUI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

Dated: March 23, 2018

/s/ *Robin G. Workman*
ROBIN G. WORKMAN
WORKMAN LAW FIRM, P.C.
Attorneys for Plaintiff
DENE STARKS, on behalf of herself and all others similarly situated

I hereby attest that I have obtained concurrence in the filing of this document from the signatory shown above.

Dated: March 23, 2018   */s/ Michael J. Hui*
MICHAEL J. HUI

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.   Case No. 2:17-CV-00350-JAM-AC

STIPULATION AND ORDER FOR EXT. OF TIME TO FILE THIRD UPDATED JOINT STATUS REPORT

## ORDER

Based upon the joint stipulation of all parties in the above-captioned case, and good cause appearing, it is hereby ordered that the deadline to file the Third Updated Joint Status Report shall be extended to April 6, 2018.

IT IS SO ORDERED.

Dated: March 23, 2018

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

3. Case No. 2:17-CV-00350-JAM-AC
STIPULATION AND ORDER FOR EXT. OF TIME TO FILE THIRD UPDATED JOINT STATUS REPORT