WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
Rachel E. Davey (Bar # 316096)
rachel@workmanlawpc.com
177 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

*Attorneys for Plaintiffs, Anthony Marc Mostajo and Elaine Quedens*
*On behalf of themselves and all other similarly situated*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendants. | No. 2:17-CV-00350-JAM-AC<br><br>**ORDER TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT'S TWENTY-FIRST AFFIRMATIVE DEFENSE**<br><br>**DATE:** **September 18, 2018**<br>**TIME:** **1:30 p.m.**<br>**CTRM:** **6, 14TH Floor**<br>**JUDGE:** **Hon. John A. Mendez**<br><br>Sacramento County Superior Court Case No. 34-2017-00206005-CU-OE-GDS |

1  Having reviewed Plaintiffs Anthony Marc Mostajo and Elaine Quedens' ("Plaintiffs")

2  request to seal documents designated as "Confidential" by Defendant Nationwide Mutual

3  Insurance Company ("Nationwide") pursuant to the Stipulated Protective Order entered into by

4  the parties and attached as Exhibits E-U to the Declaration of Robin G. Workman in Support of

5  Plaintiff's Motion for Partial Summary Judgment ("Workman Decl."), and GOOD CAUSE

6  APPEARING therefore, Plaintiffs' Request to Seal is hereby GRANTED. The unredacted

7  version of the Workman Decl. and the exhibits thereto, SHALL BE SEALED for the duration of

8  the litigation and cannot be unseal ed without subsequent order from this Court.

9  IT IS SO ORDERED.

10

11  Date: _August 8, 2018_ _____

12  Hon. John A. Mendez
   United States District Court Judge

13