1  KAI-CHING CHA, Bar No. 218738
   MICHAEL J. HUI, Bar No. 273212
2  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
3  San Francisco, CA 94104
   Telephone: 415.433.1940
4  kcha@littler.com
   mhui@littler.com
5
   JAMES J. OH, IL Bar No. 6196413 *(admitted pro hac vice)*
6  LITTLER MENDELSON, P.C.
   321 North Clark Street, Suite 1000
7  Chicago, IL 60654
   Telephone: 312.372.5520
8  joh@littler.com

9  DANIEL W. SRSIC, Bar No. 0064177 *(admitted pro hac vice)*
   LITTLER MENDELSON, P.C.
10 21 East State Street, 16th Floor
   Columbus, OH 43215-4228
11 Telephone: 614.463.4213
   dsrsic@littler.com
12
   Attorneys for Defendant
13 NATIONWIDE MUTUAL INSURANCE COMPANY

14                UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16 | ANTHONY MARC MOSTAJO, and | Case No. 2:17-CV-00350-JAM-AC
   | ELAINE QUEDENS, on behalf of himself
17 | and all others similarly situated, | **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL CONFIDENTIAL DOCUMENTS AND INFORMATION IN SUPORT OF OPPOSITION AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**
18 | Plaintiffs,
19 | v.
20 | NATIONWIDE MUTUAL INSURANCE
   | COMPANY, and Does 1 through 50,
21 | inclusive,
   |
   | Date: October 2, 2018
   | Time: 1:30 p.m.
   | Ctrm.: 6, 14th Floor
22 | Defendant. | Judge: Honorable John A. Mendez

1  Having considered Defendant NATIONWIDE MUTUAL INSURANCE
2  COMPANY's Request to Seal Documents in Support its Opposition and Cross-Motion for Partial
3  Summary Judgment of Defendant's Twenty-First Affirmative Defense ("Motion"), this Court hereby
4  finds good cause to GRANT said Request.

IT IS ORDERED that the following confidential documents and information shall be sealed:

- Exhibits B-E attached to the Declaration of Robert Watts consisting of the following:
    - **Exhibit B**, Nationwide Insurance Companies and Affiliates Plan for *Your Time* and Disability Income Benefits, Amended and Restated as of January 1, 2013, Bates No. DNM000539-608, designated "Confidential" pursuant to the Parties' Stipulated Protective Order;
    - **Exhibit C**, First through Tenth Amendments to Nationwide Insurance Companies and Affiliates Plan for *Your Time* and Disability Income Benefits, Amended and Restated as of January 1, 2013, Bates No. DNM000607-631, designated "Confidential" pursuant to the Parties' Stipulated Protective Order;
    - **Exhibit D**, Nationwide Insurance Companies and Affiliates Plan for *Your Time* and Disability Income Benefits, Amended and Restated as of June 7, 2017, Bates No. DNM013445-13512, designated "Confidential" pursuant to the Parties' Stipulated Protective Order; and
    - **Exhibit E**, Nationwide Trust Company, FSB a division of Nationwide Bank, Amended and Restated Directed Trust Agreement, Bates No. DNM013424-13444, designated "Confidential" pursuant to the Parties' Stipulated Protective Order.
- Exhibits A-F attached to the Declaration of Jennifer Kemp consisting of the following:
    - **Exhibit A**, 2016 Form 5500 for Nationwide Insurance Companies &

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER GRANTING REQ. TO SEAL ISO OPP.
& CROSS-MOTION FOR PARTIAL SJ    1.    CASE NO. 2:17-CV-00350-JAM-AC

- Affiliates Plan for Your Time and Disability Income Benefits, Bates No. DNM013354-13386, designated "Confidential" pursuant to the Parties' Stipulated Protective Order;

    o **Exhibit B**, 2016 Form 990 for the Nationwide Insurance Co & Affiliates Health Care Trust, Bates No. DNM013405-13423, designated "Confidential" pursuant to the Parties' Stipulated Protective Order;

    o **Exhibit C**, 2014 Form 5500 for Nationwide Insurance Companies & Affiliates Plan for Your Time and Disability Income Benefits, Bates No. DNM013290-13321, designated "Confidential" pursuant to the Parties' Stipulated Protective Order;

    o **Exhibit D**, 2015 Form 5500 for Nationwide Insurance Companies & Affiliates Plan for Your Time and Disability Income Benefits, Bates No. DNM000468-499, designated "Confidential" pursuant to the Parties' Stipulated Protective Order

    o **Exhibit E**, 2014 Form 990 for the Nationwide Insurance Co & Affiliates Health Care Trust, Bates No. DNM013271-13289, designated "Confidential" pursuant to the Parties' Stipulated Protective Order;

    o **Exhibit F**, 2015 Form 990 for the Nationwide Insurance Co & Affiliates Health Care Trust, Bates No. DNM000500-517, designated "Confidential" pursuant to the Parties' Stipulated Protective Order;

IT IS SO ORDERED. The unredacted exhibits to the declarations of Robert Watts and Jennifer Kemp, shall be sealed for the duration of the litigation and cannot be unsealed without subsequent order from this Court.

Dated: __9/5/2018_____

/s/ John A. Mendez
HON. JOHN A. MENDEZ.
UNITED STATES DISTRICT JUDGE

Firmwide:156831699.1 092236.1002

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER GRANTING REQ. TO SEAL ISO OPP. & CROSS-MOTION FOR PARTIAL SJ

2.

CASE NO. 2:17-CV-00350-JAM-AC