WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
Rachel E. Davey (Bar # 316096
rachel@workmanlawpc.com
177 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

*Attorneys for Plaintiffs, Anthony Marc Mostajo and Elaine Quedens*
*On behalf of themselves and all other similarly situated*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendants. | No. 2:17-CV-00350-JAM-AC<br><br>**ORDER TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, PERMISSION TO FILE THIRD AMENDED COMPLAINT, AND APPROVAL OF CLASS NOTICE, APPOINTMENT OF CLASS REPRESENTATIVES, CLASS COUNSEL, AND CLAIMS ADMINISTRATOR**<br><br>DATE: December 10, 2019<br>TIME: 1:30 p.m.<br>CTRM: 6, 14th Floor<br>JUDGE: Hon. John A. Mendez<br><br>Sacramento County Superior Court Case No. 34-2017-00206005-CU-OE-GDS |

Having reviewed Plaintiffs Anthony Marc Mostajo and Elaine Quedens' ("Plaintiffs") request to seal documents designated as "Confidential" by Defendant Nationwide Mutual Insurance Company ("Nationwide") pursuant to the Stipulated Protective Order entered into by the parties and attached as Exhibits O-V to the Declaration of Robin G. Workman in Support of Plaintiffs' Motion For Class Certification, Permission To File Third Amended Complaint, And Approval Of Class Notice, Appointment Of Class Representatives, Class Counsel, And Claims Administrator ("Workman Decl."), Exhibit A to the Declaration of Anthony Marc Mostajo in Support of Plaintiffs' Motion For Class Certification, Permission To File Third Amended Complaint, And Approval Of Class Notice, Appointment Of Class Representatives, Class Counsel, And Claims Administrator ("Mostajo Decl."), and Exhibit A to the Declaration of Elaine Quedens in Support of Plaintiffs' Motion For Class Certification, Permission To File Third Amended Complaint, And Approval Of Class Notice, Appointment Of Class Representatives, Class Counsel, And Claims Administrator ("Quedens Decl.") and GOOD CAUSE APPEARING therefore, Plaintiffs' Request to Seal is hereby GRANTED. The unredacted version of the Workman Decl. and the exhibits thereto, Mostajo Decl. and the exhibits thereto, and Quedens Decl. and the exhibits thereto, SHALL BE SEALED for the duration of the litigation and cannot be unseal ed without subsequent order from this Court.

IT IS SO ORDERED.

Date: November 13, 2019

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge