1  JAMES J. OH (admitted *pro hac vice*)
   AMARDEEP K. BHARJ (admitted *pro hac vice*)
2  KATHLEEN BARRETT (admitted *pro hac vice*)
   EPSTEIN BECKER & GREEN, P.C.
3  227 W. Monroe Street, Suite 3250
   Chicago, IL  60606
4  Telephone: 312.499.1400
   Facsimile:  312.845.1998
5  joh@ebglaw.com
   abharj@ebglaw.com
6  kbarrett@ebglaw.com

7  PAUL DECAMP
   EPSTEIN BECKER & GREEN, P.C.
8  1227 25th Street, N.W., Suite 700
   Washington, D.C.  20037
9  Telephone: 202.861.1819
   Facsimile:  202.861.3571
10 PDeCamp@ebglaw.com

11 DANIEL W. SRSIC (admitted *pro hac vice*)
   LITTLER MENDELSON P.C.
12 Fifth Third Center
   21 East State Street, 16th Floor
13 Columbus, OH  43215
   Telephone: 614.463.4201
14 Facsimile:  614.221.3301
   dsrsic@littler.com
15
   *Counsel for Defendant*
16 *Nationwide Mutual Insurance Company*

17                **UNITED STATES DISTRICT COURT**

18                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MARC MOSTAJO, ET AL., | Case No.: 2:17-cv-00350-JAM-AC |
| Plaintiffs, | **ORDER GRANTING DEFENDANT'S REQUEST TO SEAL AND REDACT CONFIDENTIAL DOCUMENTS AND INFORMATION IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPROVAL OF CLASS NOTICE, APPOINTMENT OF CLASS REPRESENTATIVES, CLASS COUNSEL, AND CLAIMS ADMINISTRATOR** |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, ET AL., | |
| Defendants. | |

Having considered the Request to Seal and Redact Documents in Support of the Opposition to Plaintiff's Motion For Class Certification And Approval Of Class Representatives, Class Counsel, And Claims Administrator (the "Request to Seal") of Defendant Nationwide Mutual Insurance Company ("Nationwide"), Defendant's Opposition to Plaintiffs' Motion For Class Certification And Approval Of Class Representatives, Class Counsel, And Claims Administrator (the "Class Certification Opposition"), and the other papers and pleadings on file herein, this Court hereby finds that there are compelling reasons to GRANT the Request to Seal as set forth herein:

1. The following documents which Nationwide submitted with its Request to Seal Documents, shall be permanently sealed and available only to the attorneys of record, the parties, and the Court (and its authorized personnel):

    - Payroll records attached to the Declaration of Lisa Hughes ("Hughes Decl.") (Ex.10 to Nationwide's Compendium of Evidence in Opposition to Plaintiff's Motion For Class Certification And Approval Of Class Representatives, Class Counsel, And Claims Administrator ("Nationwide's COE"))
        - Elaine Quedens Payroll Records (Hughes Decl., Ex. A-2);
        - Patti Smith Payroll Records (*Id*. Ex. B-2);
        - Joel Canto Payroll Records (*Id*. Ex. C-2);
        - Linda Lawrence Payroll Records (*Id*. Ex. D-2);
        - Yer Lor Payroll Records (*Id*. Ex. E-2);
        - Karen Nicholson Payroll Records (*Id.* Ex. F-2);
        - Ronald Hill Payroll Records (*Id.* Ex. G-2);
        - Stefani Lavitt Payroll Records (*Id*. Ex. H-2);
        - Pamela Lewis Payroll Records (*Id*. Ex. I-2); and
        - James Ryan Payroll Records (*Id*. Ex. J-2).

2. The following documents which Nationwide submitted with its Request to Seal Documents may be filed on the public docket with redactions as set forth in the Request to Seal, and the unredacted versions shall be permanently sealed and available only to the attorneys of record, the parties, and the Court (and its authorized personnel):

- Declaration of James "Andrew" Aspegren (Ex. 2 to Nationwide's COE);
- Declaration of Darlene Braasch (Ex. 3 to Nationwide's COE);
- Declaration of Adrian Filip (Ex. 4 to Nationwide's COE);
- Declaration of Lola Hogan (Ex. 5 to Nationwide's COE);
- Declaration of Grace Iannotti (Ex. 6 to Nationwide's COE);
- Declaration of Ronald Lommen (Ex. 7 to Nationwide's COE);
- Declaration of John Parker (Ex. 8 to Nationwide's COE);
- Declaration of Carol Tramison (Ex. 9 to Nationwide's COE) (Exs. 2 through 9 to Nationwide's COE are collectively referred to herein as the "Supporting Declarations");
- Exhibits D and H to the Declaration of James Oh in support of the Class Certification Opposition (The "Oh Decl." attached as Ex. 1 to Nationwide's COE):
  - Exhibit D: Deposition Exhibit 16 to the transcript of Angela Hagerty, and
  - Exhibit H: Excerpts from the deposition transcript of Pamela Lewis.

Within seven days of entry of this Order, Nationwide shall submit to the Clerk copies of all of the documents encompassed by this Order for filing under seal pursuant to Local Rule 141(e)(2).

IT IS SO ORDERED.

Dated: ____1/30/2020_____

/s/ John A. Mendez
HON. JOHN A. MENDEZ.
UNITED STATES DISTRICT COURT JUDGE