UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendants. | No. 2:17-cv-00350 JAM-AC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPROVAL OF CLASS NOTICE, APPOINTMENT OF CLASS REPRESENTATIVES, CLASS COUNSEL, AND CLASS ADMINISTRATOR** |

On February 25, 2020, the Court held a hearing on Plaintiffs' Motion for Class Certification, And Approval Of Class Notice, Appointment Of Class Representatives, Class Counsel, And Claims Administrator. Robin G. Workman of Workman Law Firm, PC, appeared for Plaintiffs Anthony Marc Mostajo and Elaine Quedens ("Plaintiffs") and James Oh and Kathleen Barrett of Epstein, Becker & Green, PC appeared on behalf of Defendant Nationwide Mutual Insurance Company ("Defendant").

The Court having read and considered the papers, the arguments of counsel, and good cause appearing therefore, orders as follows:

1. Plaintiffs' Motion For Class Certification of the

1

claims seeking compensation for unpaid overtime and unpaid accrued vacation time is GRANTED.

  2. The Court finds the prerequisites for maintaining this action as a class action as set forth in Federal Rule of Civil Procedure Rule 23 are satisfied. The Court further finds as follows:

    a. The proposed Classes as sufficiently numerous and it is impracticable to join all of its members;

    b. Plaintiffs' claims are typical of the claims of the Class Members, as are the defenses thereto;

    c. The interests of the Class will be adequately represented by Plaintiffs and their counsel;

    d. Common issues of law and fact predominate over individual issues; the proposed Classes are united in their interest with respect to proof of Nationwide's common policies, practices, rules, and regulations and their effects and damages, if any, on Class Members; and

    e. The case is manageable and a class action is a superior procedural device for resolution of these claims. There will be a substantial benefit to the courts and the affected parties by the creation of a judicial process within which the claims of many individuals can be resolved simultaneously.

  3. The proposed subclasses are certified: (a) a class of persons employed by Nationwide as commercial lines claims adjusters in California in the four years preceding the original date of filing this lawsuit to the present; and (b) all former California employees employed by Nationwide in the four years preceding the original date of filing this lawsuit to the present

who accrued vacation time for which Nationwide did not pay them.

4. Plaintiffs Anthony Marc Mostajo and Elaine Quedens are designated and appointed as representatives for the Class.

5. The firm of Workman Law Firm, PC is designated and appointed as Class Counsel.

6. IT IS FURTHER ORDERED that notice of this action be given by RG/2 Claims Administration, LLC, whom this Court appoints as claims administrator, to all Class Members in the form submitted by Plaintiff. RG/2 shall send out this notice within ten (10) days of receipt of the contact information for the class from Defendants.

7. IT IS FURTHER ORDERED that Defendants shall provide RG/2 and Class Counsel with the names, last known email addresses, home addresses, telephone numbers, and social security numbers, of Class Members within thirty (30) days of the date of this Order.

8. IT IS FURTHER ORDERED that, as of the date of this Order, Defendants shall refrain from engaging in any ex parte communications with Class Members regarding issues of this lawsuit without the permission of the Court. Defendants are not prevented from engaging in conversations occurring in the normal course of business with Class Members.

IT IS SO ORDERED.

Dated: February 25, 2020

/s/ John A. Mendez
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE