JAMES J. OH (admitted *pro hac vice*)
AMARDEEP K. BHARJ (admitted *pro hac vice*)
KATHLEEN BARRETT (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 3250
Chicago, IL  60606
Telephone: 312.499.1400
Facsimile:  312.845.1998
joh@ebglaw.com
abharj@ebglaw.com
kbarrett@ebglaw.com

PAUL DECAMP
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C.  20037
Telephone: 202.861.1819
Facsimile:  202.861.3571
PDeCamp@ebglaw.com

DANIEL W. SRSIC (admitted *pro hac vice*)
LITTLER MENDELSON P.C.
Fifth Third Center
21 East State Street, 16th Floor
Columbus, OH  43215
Telephone: 614.463.4201
Facsimile:  614.221.3301
dsrsic@littler.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, ET AL.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, ET AL.,<br><br>        Defendants. | Case No.: 2:17-cv-00350-JAM-AC<br><br>**ORDER FOR CORRECTIVE NOTICE OF PENDENCY OF CLASS ACTION LAWSUIT** |

ORDER

Pursuant to the Parties' Stipulation (ECF No. 103), and good cause appearing, it is hereby ordered as follows:

1. Corrective Notice of this action shall be given by RG/2 Claims Administration, LLC, whom the Court previously appointed as claims administrator, to all Class Members in the form submitted by the Parties at Exhibits A and B to the Stipulation;

2. RG/2 Claims Administration, LLC shall send out the Corrective Notices within ten (10) days of receipt of the Corrective Notices from the Parties; and

3. All Class Members shall have 45 days after the mailing of the Corrective Notices to opt-out of the class action or rescind a previously submitted request for exclusion.

**IT IS SO ORDERED.**

Dated:  May 20, 2020            /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                United States District Court Judge