Douglas R. Hart, Bar No. 115673
John S. Battenfeld, Bar No. 119513
Anahi Cruz, Bar No. 324326
douglas.hart@morganlewis.com
john.battenfeld@morganlewis.com
anahi.cruz@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone:   213.612.1018
Fax No.:       213.612.2501

Daniel W. Srsic, Bar No. 0064177
dsrsic@littler.com
LITTLER MENDELSON P.C.
41 South High Street, Suite 3250
Columbus, Ohio 43215
Telephone:   614.463.4201
Fax No.:       614.221.3301

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

Robin G. Workman, Esq., Bar No. 145810
WORKMAN LAW FIRM P.C.
2325 3rd Street, Suite 329
San Francisco, CA 94107
Telephone:   415.782.3660
Fax No.:       415.788.1028
robin@workmanlawpc.com

Attorneys for Plaintiffs
ANTHONY MARC MOSTAJO and ELAINE QUEDENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:17-cv-00350-JAM-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO DISCLOSE REBUTTAL EXPERTS UNDER FED. R. CIV. P. 26(a)(2)(c)** |

LITTLER MENDELSON P.C.
41 South High Street
Suite 3250
Columbus, OH 43215
614.463.4201

STIPULATION AND ORDER FOR EXTENSION OF TIME TO DISCLOSE REBUTTAL EXPERTS

Plaintiffs ANTHONY MARC MOSTAJO and ELAINE QUEDENS ("Plaintiffs") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendant"), by and through their respective counsel of record, hereby stipulate and request as follows:

WHEREAS, Plaintiffs disclosed two expert witnesses on October 15, 2021;

WHEREAS, Plaintiffs provided Defendant with their experts' underlying data files on October 22, 2021;

WHEREAS, the parties' deadline to disclose rebuttal experts is October 29, 2021;

WHEREAS, Defendant's expert(s) need additional time to fully prepare to render an informed rebuttal opinion as to the reports submitted by Plaintiffs' expert witnesses;

WHEREAS, the parties agreed to extend the rebuttal expert disclosure deadline to November 5, 2021;

WHEREAS, the parties' request for this extension of time is not made for the purpose of undue delay or any other improper purpose;

THEREFORE, in light of the parties' agreement, the parties stipulate and agree that the deadline to disclose rebuttal experts shall be November 5, 2021.

IT IS SO STIPULATED.

Dated:      October 25, 2021              MORGAN, LEWIS & BOCKIUS LLP


By */s/ Anahi Cruz*
Douglas Hart
John S. Battenfeld
Anahi Cruz
Attorneys for Defendant
NATIONWIDE MUTUAL
INSURANCE COMPANY

LITTLER MENDELSON P.C.
41 South High Street
Suite 3250
Columbus, OH 43215
614.463.4201

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO DISCLOSE REBUTTAL EXPERTS

1 | Dated: October 25, 2021        WORKMAN LAW P.C.

By */s/ Robin Workman* (as authorized on 10/25/21)
Robin Workman
Attorneys for Plaintiffs
ANTHONY MARC MOSTAJO and
ELAINE QUEDENS

LITTLER MENDELSON P.C.
41 South High Street
Suite 3250
Columbus, OH 43215
614.463.4201

3

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO DISCLOSE REBUTTAL EXPERTS

## **ORDER**

Based upon the joint stipulation of all parties in the above-captioned case, and good cause showing, it is hereby ordered that the deadline to disclose rebuttal experts shall be extended to November 5, 2021.

IT IS SO ORDERED.

DATED: October 25, 2021         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON P.C.
41 South High Street
Suite 3250
Columbus, OH 43215
614.463.4201

4

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO DISCLOSE
REBUTTAL EXPERTS