Douglas R. Hart, Bar No. 115673
John S. Battenfeld, Bar No. 119513
Anahi Cruz, Bar No. 324326
douglas.hart@morganlewis.com
john.battenfeld@morganlewis.com
anahi.cruz@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone:    213.612.1018
Fax No.:       213.612.2501

Daniel W. Srsic, Bar No. 0064177
dsrsic@littler.com
LITTLER MENDELSON P.C.
41 South High Street, Suite 3250
Columbus, Ohio  43215
Telephone:    614.463.4201
Fax No.:       614.221.3301

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

Robin G. Workman, Esq., Bar No. 145810
WORKMAN LAW FIRM P.C.
2325 3rd Street, Suite 329
San Francisco, CA 94107
Telephone:    415.782.3660
Fax No.:       415.788.1028
robin@workmanlawpc.com

Attorneys for Plaintiffs
ANTHONY MARC MOSTAJO and ELAINE QUEDENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:17-cv-00350-JAM-AC<br><br>**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER** |

LITTLER MENDELSON P.C.
41 South High Street
Suite 3250
Columbus, OH  43215
614.463.4201

STIPULATION AND ORDER TO AMEND
PRETRIAL SCHEDULING ORDER
2:17-CV-00350-JAM-AC

Plaintiffs ANTHONY MARC MOSTAJO and ELAINE QUEDENS ("Plaintiffs") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendant"), by and through their respective counsel of record, hereby stipulate and request as follows:

WHEREAS, the Court issued a Pretrial Scheduling Order on January 25, 2021 (*see* Dkt. No. 114), with a slight modification on February 1, 2021 (*see* Dkt. No. 116);

WHEREAS, the Pretrial Scheduling Order set certain dates and deadlines, including, but not limited to:

- Discovery cut-off – December 17, 2021;
- Deadline to file Dispositive motions – January 28, 2022;
- Final Pretrial Conference – April 29, 2022;
- Trial – June 13, 2022;

WHEREAS, Morgan, Lewis & Bockius LLP substituted in as counsel for Defendant on April 29, 2021;

WHEREAS, the parties have engaged in additional discovery since then;

WHEREAS, the Parties have recently agreed to participate in private mediation on January 6, 2022, before an experienced wage and hour mediator, Tripper Ortman;

WHEREAS, in order to preserve the resources of the Court and the Parties, and limit the discovery and law and motion activity in the action that would otherwise be required prior to or shortly after mediation by various deadlines under the current Pretrial Scheduling Order, while the parties focus on preparing for the mediation, the Parties have agreed that the Trial should be continued until November 7, 2022, or as soon thereafter as is convenient for the Court, and all other pending dates (e.g. discovery cut-off, dispositive motion deadlines, etc.) should be continued an amount of time commensurate with the trial continuance;

WHEREAS, continuing all future dates and deadlines, including trial, is necessary to ensure the Parties have sufficient time to complete the mediation (including

LITTLER MENDELSON P.C.
41 South High Street
Suite 3250
Columbus, OH 43215
614.463.4201

2

STIPULATION AND ORDER TO AMEND
PRETRIAL SCHEDULING ORDER
2:17-CV-00350-JAM-AC

any negotiations that may continue after January 6) while conserving party and judicial resources;

WHEREAS, the Parties have not sought any prior trial continuances in this matter;

WHEREAS, good cause exists for continuing the trial and all pending future dates in the interest of justice because significant resources will be saved and a potential efficient resolution of the case reached if the Parties have additional time to complete mediation before engaging in further discovery, motion practice, and trial preparation, that will be unnecessary if the case is resolved;

WHEREAS, the Parties have determined that they will benefit from a mediation, such that, continuing dates now will not be prejudicial to either side;

THEREFORE, the Parties respectfully request that the trial date be continued to November 7, 2022, or as soon thereafter as is convenient for the Court, and all other pending dates (e.g. discovery cut-off, dispositive motion deadlines, etc.) be continued an amount of time commensurate with the trial continuance.

IT IS SO STIPULATED.

Dated:      December 3, 2021              MORGAN, LEWIS & BOCKIUS LLP


                                          By */s/Anahi Cruz*
                                          Douglas Hart
                                          John S. Battenfeld
                                          Anahi Cruz
                                          Attorneys for Defendant
                                          NATIONWIDE MUTUAL
                                          INSURANCE COMPANY

LITTLER MENDELSON P.C.
41 South High Street
Suite 3250
Columbus, OH 43215
614.463.4201

3

STIPULATION AND ORDER TO AMEND
PRETRIAL SCHEDULING ORDER
2:17-CV-00350-JAM-AC

Dated:       December 3, 2021                    WORKMAN LAW P.C.


By */s/Robin Workman*
Robin Workman
Attorneys for Plaintiffs
ANTHONY MARC MOSTAJO and
ELAINE QUEDENS

I hereby attest that I have obtained concurrence in the filing of this document from the signatory shown above.

Dated: December 3, 2021                    */s/Anahi Cruz*
ANAHI CRUZ

LITTLER MENDELSON P.C.
41 South High Street
Suite 3250
Columbus, OH 43215
614.463.4201

4

STIPULATION AND ORDER TO AMEND
PRETRIAL SCHEDULING ORDER
2:17-CV-00350-JAM-AC

# ORDER

Based upon the joint stipulation of all parties in the above-captioned case, and good cause showing, it is hereby ordered that the Pretrial Scheduling Order is amended as follows:

- Jury Trial – November 7, 2022 at 9:00 AM;
- Final Pretrial Conference – September 23, 2022 at 10:00 AM;
- Dispositive Motion Hearing – August 9, 2022 at 1:30 PM;
- Dispositive Motion Filing Due – June 24, 2022;
- Discovery Cut-Off – May 13, 2022.

IT IS SO ORDERED.

Dated:  December 6, 2021        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON P.C.
41 South High Street
Suite 3250
Columbus, OH 43215
614.463.4201

5

STIPULATION AND ORDER TO AMEND
PRETRIAL SCHEDULING ORDER
2:17-CV-00350-JAM-AC