WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
2325 3rd Street, Suite 329
San Francisco, CA 94107
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

*Attorneys for Plaintiffs, Anthony Marc Mostajo and Elaine Quedens*
*On behalf of themselves and all other similarly situated*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendants. | No. 2:17-CV-00350-KJM-AC<br><br>**NOTICE OF APPLICATION AND PLAINTIFF'S APPLICATION FOR ORDER:**<br><br>a) **GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT;**<br><br>b) **APPROVING THE FORM AND MANNER OF NOTICE TO PROVIDE TO THE CLASS AND DIRECTING THAT A NEUTRAL THIRD PARTY GIVE SUCH NOTICE TO THE CLASS;**<br><br>c) **APPROVING RG/2 CLAIMS ADMINISTRATION, LLC, A NEUTRAL THIRD PARTY, AS SETTLEMENT ADMINISTRATOR; and**<br><br>d) **SETTING A HEARING FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND COSTS TO CLASS COUNSEL AND ENHANCEMENTS TO CLASS REPRESENTATIVE**<br><br>DATE:   July 8, 2022<br>TIME:   10:00 a.m.<br>DEPT:   3, 15th Floor |

TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 8, 2022, at 10:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 3, 15TH Floor, of the above-entitled Court located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA, Plaintiffs Anthony Marc Mostajo and Elaine Quedens will and does hereby move the Court for an order granting preliminary approval of an arms-length class action settlement, appointing RG/2 Claims Administration, LLC as Settlement Administrator, approving the proposed class notices, and setting deadlines for the dissemination of class notices, for class members to object to or opt out of the settlement.

This motion will be made on the grounds that the terms of the settlement are fair, adequate and reasonable. This motion will be based on this Notice, the Memorandum of Points and Authorities filed herewith, the Declaration of Robin G. Workman filed herewith and exhibits thereto, the Declarations of Anthony Marc Mostajo and Elaine Quedens filed herewith, the Declaration of William W. Wickersham filed herewith and exhibits thereto, the complete files and records in this action, and such other argument and documents as may be presented at the hearing on this Motion.

Date: June 2, 2022                              WORKMAN LAW FIRM, PC

By: /s/Robin G. Workman
Robin G. Workman
*Attorneys for Plaintiffs Anthony Marc Mostajo and Elaine Quedens, and all others similarly situated*