WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
2325 3rd Street, Suite 329
San Francisco, CA 94107
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

*Attorneys for Plaintiffs, Anthony Marc Mostajo and Elaine Quedens*
*On behalf of themselves and all other similarly situated*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARC MOSTAJO, and ELAINE QUEDENS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; and Does 1 through 50, inclusive,<br><br>Defendant. | No. 2:17-CV-00350-DAD-AC<br><br>**NOTICE OF APPLICATION AND PLAINTIFF'S APPLICATION FOR ORDER:**<br><br>a) **GRANTING FINAL APPROVAL OF CLASS SETTLEMENT; AND**<br><br>b) **APPROVING REQUEST FOR CLAIMS ADMINISTRATION FEE**<br><br>DATE: December 6, 2022<br>TIME: 1:30 p.m.<br>CRTM: 4, 15th Floor |

TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 6, 2022, at 1:30 p.m., or as soon thereafter as the parties may be heard, in Courtroom 4, 15th Floor, of the above-entitled Court located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA, Plaintiff and Class Representatives Anthony Marc Mostajo and Elaine Quedens on behalf of a class of similarly situated individuals, will and hereby do move the above-entitled Court for an order granting final approval of class settlement and approving a request for settlement administrator fee. This motion is unopposed and based on the Class Action Settlement Agreement filed on June 2, 2022, at ECF # 138-2, Exhibit 2.

This Motion is made pursuant to Federal Rule of Civil Procedure 23(h) and the Court's August 5, 2022, Order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF # 141). The basis of Plaintiffs' Motion is that the settlement is fair, reasonable, and adequate, as this Court preliminarily found in its order granting preliminary approval of the settlement, and that given the settlement administrator performed all tasks required, the fees sought for administration are also reasonable.

This motion is based upon this Notice, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice filed herewith, this Court's Preliminary Approval Order, the supporting declaration of Robin G. Workman, and the exhibits attached thereto; the supporting declaration of Tina Chiango, the Settlement; the complete files and records in this action; and such other argument and documents as may be presented at the hearing on this Motion.

Date: November 1, 2022                                   WORKMAN LAW FIRM, PC

By: /s/Robin G. Workman
Robin G. Workman
*Attorneys for Plaintiffs, Anthony Marc Mostajo and Elaine Quedens, on behalf of themselves and all other similarly situated*